| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

CHRISTOPHER HARVEY, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:11-CV-513
§
MARK MARTIN, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Christopher Harvey, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this petition be dismissed.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of laws of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED.** A final judgment will be entered dismissing this petition.

SIGNED at Sherman, Texas, this 1st day of May, 2013.

                                                  MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE